(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _18 - 60876 - CIV_

_United States of America_

_____
**Plaintiff(s)**

v.

_Jonathan Q. Oliver_

_____

_____

_____
**Defendant(s)**

FILED BY _____ D.C.

JUN 0 6 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_Response to_ _Order to Show cause why the court should not_
_Grant Plaintiff's Motion of Default Final Judgement_
*(TITLE OF DOCUMENT)*

I, _Jonathan Q. Oliver_ plaintiff or defendant, in the above styled cause,
Am currently in the process of being approved for
Student Loan forgiveness with the Dept of Education.
I was contacted by and approved for forgiveness
in the amount owed being $9600.00 by "The Premier
Group" loan consolidators. It was explained to me
that Premier would be contacted the plaintiffs
attorneys and forward all information and documentation
needed to show proof of said agreement. I
am asking for a suspension in Default judgement
until the above information can be confirmed or
other.

(Rev. 10/2002) General Document

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Certificate of Service**

I _____ , certify that on this date _____ a true copy

of the foregoing document was mailed to: _____
                                            name(s) and address(es)

_____
_____

By:
Jonathan Q. Oliver
Printed or typed name of Filer

_____
Florida Bar Number

954-817-9075
Phone Number

1811 MW 36 Terrace
Street Address

Lauderhill , Fl. 33311
City, State, Zip Code

_____
Signature of Filer

goliver1317@gmail.com
E-mail address

_____
Facsimile Number